1  **STEVEN D. BAUER**
Attorney at Law - SBN 50084
2  428 J Street - Suite 350
Sacramento, California 95814
3  Telephone: (916) 447-8262

4  Attorney for Defendant: **MICHAEL ALVARO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Crim. S-04-491 FCD |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER THEREON** |
| ) | |
| v. ) | |
| ) | |
| **MICHAEL ALVARO**, ) | |
| ) | |
| Defendant, ) | |
| _____ ) | |

It is hereby stipulated between counsel for the government and the defendant that the status hearing scheduled for May 16, 2005 be continued to June 20, 2005 at 9:30 a.m. and that time until that date be excluded pursuant to the provisions of 18 U.S.C. § 3161(h)(8)(B)(iv) - Local Code T-4, based upon defense counsel's need to prepare. Counsel for the government has authorized the execution of this stipulation.

Dated: May 13, 2005                                                Dated:  May 13, 2005


/ s /                                                                            / s /

**STEVEN D. BAUER**                                           **DANIEL S. LINHARDT**
Attorney for Defendant                                           Assistant United States Attorney


(Order on Following Page)

1  For Good Cause Appearing
   **IT IS SO ORDERED**
2  Dared: May 13, 2005

3

4
   /s/ Frank C. Damrell Jr.
5  **FRANK C. DAMRELL, JR.**
   U. S. District Judge
6