**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262

Attorney for Defendant: **MICHAEL ALVARO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Crim. S-04-491 FCD |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **THEREON** |
| v. ) | |
| ) | |
| **MICHAEL ALVARO**, ) | |
| ) | |
| Defendant, ) | |

It is hereby stipulated between counsel for the government and the defendant that the motions hearing scheduled for July 25, 2005 may be continued to August 8, 2005 and that time until that date be excluded pursuant to the provisions of Local Code T-4 based defense counsel's need to prepare and for the defendant to consider a possible settlement. Counsel for the government has authorized the execution of this stipulation.

Dated: July 22, 2005                                         Dated: July 22, 2005

/ s / STEVEN D. BAUER                               / s / DANIEL S. LINHARDT
**STEVEN D. BAUER**                                   **DANIEL S. LINHARDT**
Attorney for Defendant                                 Assistant United States Attorney

(Order on Following Page)

1 | For Good Cause Appearing
**IT IS SO ORDERED**
2 | Dared: July 25, 2005

3

4

  /s/ Frank C. Damrell Jr.
5 | **FRANK C. DAMRELL, JR.**
   U. S. District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28