**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262

Attorney for Defendant: **MICHAEL ALVARO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Crim. S-04-491 FCD |
| | ) | |
| Plaintiff, | ) | **SUBSTITUTION** |
| v. | ) | **OF** |
| | ) | **COUNSEL** |
| **MICHAEL ALVARO**, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

The undersigned defendant hereby substitutes Joseph Wiseman in place and instead of Steven D. Bauer as his attorney in the above captioned case.

| | |
|---|---|
| I agree to the above substitution | I agree to the substitution. |
| Dated: August 4, 2005 | Dated: August  4, 2005 |
| | |
| / s / Michael Alvaro | / s / Steven D. Bauer |
| Michael Alvaro | Steven D. Bauer |
| Defendant | Attorney at Law |

I accept the representation of the defendant.
Dated: August 4, 2005

/ s / Joseph Wiseman

Joseph Wiseman
Attorney at Law

For Good Cause Appearing
**IT IS SO ORDERED**
Dared: August 9, 2005

<u>/s/ Frank C. Damrell Jr.</u>
**FRANK C. DAMRELL, JR.**
U. S. District Judge