1  **JOSEPH J. WISEMAN, ESQ., CSBN 107403**
    **WISEMAN LAW GROUP**
2       **1477 Drew Avenue, Suite 106**
        **Davis, California 95616**
3       **Telephone:  530.759.0700**
        **Facsimile:    530.759.0800**
4
    **Attorney for Defendant**
5   MICHAEL ALVARO

6

7
                        IN THE UNITED STATES DISTRICT COURT
8
                        FOR THE EASTERN DISTRICT OF CALIFORNIA
9
                                  SACRAMENTO DIVISION
10

11
    UNITED STATES OF AMERICA,            )  Case No. CR S 04-491 FCD
12                                        )
                        Plaintiff,        )
13                                        )  STIPULATION AND ORDER
            vs.                           )  CONTINUING HEARING ON CHANGE OF
14                                        )  PLEA
    MICHAEL ALVARO,                       )
15                                        )
                        Defendants.       )
16  _____)

17

18       It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF

19  AMERICA, through its counsel of record, Daniel S. Linhardt, Assistant United States Attorney,

20  and defendant, MICHAEL ALVARO, through his counsel of record, Joseph J. Wiseman, that the

21  hearing scheduled for October 3, 2005, at 9:30 a.m., be rescheduled to October 17, 2005, at 9:30

22  a.m. The parties are requesting this continuance to provide defense counsel with additional time

23  to discuss with defendant the plea agreement the government has proffered in the case.

24       The parties further stipulate and agree that time from the date of this Order through the

25  date of the hearing set for October 17, 2005 be excluded from the speedy trial

26  ///

27  ///

28  ///

calculation pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4.

Dated: September 29, 2005         Respectfully submitted,

JOSEPH J. WISEMAN, P.C.


By:     /s/ Joseph J. Wiseman

JOSEPH J. WISEMAN
Attorney for Defendant
MICHAEL ALVARO

Dated: September 29, 2005         McGREGOR W. SCOTT

United States Attorney


By:     /s/ Daniel S. Linhardt

DANIEL S. LINHARDT, AUSA
Attorney for Plaintiff
UNITED STATES OF AMERICA


**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the hearing in the above-captioned case be continued to October 17, 2005 at 9:30 a.m.

IT IS FURTHER ORDERED THAT the time from the date of this Order to October 17, 2005 be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) (reasonable time to prepare) and Local Rule T4.

Dated:  September29, 2005         /s/ Frank C. Damrell Jr.

FRANK C. DAMRELL
UNITED STATES DISTRICT JUDGE